# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

## SAVANNAH DIVISION

MICHAEL LAVON BOSTIC, )
)
    Plaintiff, )
)
v. ) Case No. CV414-283
)
LARRY CHISOLM; )
UNITED STATES DISTRICT )
COURT, SOUTHERN )
DISTRICT OF GEORGIA, )
)
    Defendants. )

## **REPORT AND RECOMMENDATION**

The Court recommends dismissal of this case because plaintiff Michael Lavon Bostic has failed to comply with the February 6, 2015 deadline for returning the Consent Form and Prison Trust Account Statement required by this Court. Doc. 3 at 5 (Order warning of dismissal if he failed to return his PLRA forms by that date). L.R. 41(b); see Link v. Wabash Railroad Co., 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); Mingo v. Sugar Cane Growers Co-op, 864 F.2d 101, 102 (11th Cir. 1989);

*Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this 24TH day of February, 2015.

                                                                                                                                                                       /s/ _____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**